IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tylka, Kazimierz | Case Number: 08 B 04517 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 2/28/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: May 29, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,178.17 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,101.59 |
| Trustee Fee: | | 76.58 |
| Other Funds: | | 0.00 |
| Totals: | 1,178.17 | 1,178.17 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Bennie W Fernandez | Administrative | 2,373.00 | 1,101.59 |
| 2. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 29,159.09 | 0.00 |
| 4. | HSBC | Unsecured | | No Claim Filed |
| 5. | Sears / Citibank SD | Unsecured | | No Claim Filed |
| 6. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 7. | GEMB | Unsecured | | No Claim Filed |
| 8. | IC System Inc | Unsecured | | No Claim Filed |
| 9. | Nicor Gas | Unsecured | | No Claim Filed |
| 10. | Premium Asset Recovery Corp | Unsecured | | No Claim Filed |
| 11. | United Collection Bureau Inc | Unsecured | | No Claim Filed |
| 12. | Chase Cardmember Services | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 31,532.09 | $ 1,101.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 76.58 |
| | _____ |
| | $ 76.58 |

Page 2

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tylka, Kazimierz | Case Number: 08 B 04517 |
| | Judge: Wedoff, Eugene R |
| Printed: 7/15/08 | Filed: 2/28/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

